JS - 6  / ENTER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN WOODWARD, | ) Case No. CV 14-00324 JCG |
| Plaintiff, | ) |
| | ) |
| v. | ) **JUDGMENT** |
| | ) |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED**.


Dated:  September 18, 2014

_____

Hon. Jay C. Gandhi
United States Magistrate Judge